UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLENN THIBODEAU<br>    Plaintiff,<br><br>vs.<br><br>VITAL RECOVERY SERVICES, INC., et al<br>    Defendant, | Civil Action No. 1:12-CV-11572-MLW |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Glen Thibodeau ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: November 5, 2012

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick, Esq.
Kevin V. K. Crick
Consumer Rights Law Firm, PLLC
300 Brickstone Square, Suite 902
Andover, MA 01810
Phone: (978) 212-3300
Fax: (978) 409-1846
Email: kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

## PROOF OF SERVICE

  I hereby certify that on November 5, 2012, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                      /s/ Kevin V. K. Crick, Esq.